**FILED**

07/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0086

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 24-0086

\* \* \* \* \* \* \* \* \* \*

IN RE THE ESTATE OF ROBERT )
BRENDEN, ROD BRENDEN, Personal )
Representative, )
 )
BARBARA JENSEN, )
 )
    Third Party Plaintiff and Appellee, )
 ) **ORDER**
  v. )
 )
JILL BRENDEN, an individual, )
 )
    Third Party Defendant and )
    Appellant, )
_____

Upon consideration of Appellant's Unopposed Motion for Extension of Time to File Reply Brief, and good cause appearing:

IT IS HEREBY ORDERED that Appellant is granted an extension to and including July 29, 2024, to file her Reply Brief.

No further extensions will be granted.

ORDER RE: UNOPPOSED MOTION FOR EXTENSION OF TIME    PAGE 1

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 18 2024